IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD HATTON,

    Petitioner,                    No. CIV S-11-0687 JAM GGH P

    vs.

NEVADA COUNTY MENTAL
HEALTH AND CONSERVATOR,

    Respondent.                <u>ORDER</u>

        This petition for writ of habeas corpus was dismissed on July 1, 2011 and judgment entered accordingly. Petitioner's filing, entitled request for the court to contact Nevada County, filed on August 11, 2011, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: September 15, 2011

                                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:mp
hatt0687.158ggh